CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 17 2012

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JACORI CARTER, | CASE NO. 7:12CV00339 |
| Plaintiff, | |
| | FINAL ORDER |
| vs. | |
| UNNAMED WALLENS RIDGE STATE PRISON EMPLOYEES, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action and plaintiff's motion for preliminary injunctive relief (DE 1) are **DISMISSED** without prejudice as moot; plaintiff's motion for extension of time to exhaust administrative remedies (DE 8) is **DENIED**; and this action is stricken from the active docket of the court.

ENTER: This 16th day of August, 2012.

_/s/ Glen Conrad_
Chief United States District Judge